AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSHUA KAREEM STOKES,

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 123-178

ANDREW MCFARLANE, Warden,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered March 14, 2024, the Court adopts as it's opinion the Magistrate Judge's Report and Recommendation, to which no objections have been filed, and dismisses without prejudice the instant petition brought pursuant to 28 U.S.C. § 2254. Petitioner is denied a certificate of appealability and is not entitled to appeal in forma pauperis. This case stands closed.

3/14/2024  
*Date*



John E. Triplett, Clerk of Court  
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020